**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:11-cr-91 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| CLARENCE FRANKLIN, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on March 26, 2024[1]. The Court referred this matter to Magistrate Judge James E. Grimes, Jr. to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Grimes, Jr. reported that a supervised release violation hearing was held on July 19, 2024. The defendant admitted to the following violation:

1.  New Law Violation.

The magistrate judge filed a report and recommendation on July 19, 2024, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation number 1.

---

[1] A superseding report was filed on August 28, 2024, to update the Court on the status of his state court proceedings.

A final supervised release violation hearing was conducted on August 29, 2024. Present were the following: Assistant United States Attorney Robert Corts, representing the United States; Assistant Federal Public Defender Carolyn Kucharski, representing the defendant; the defendant Clarence Franklin, and United States Probation Officer Katelyn Keck.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation number 1.

IT IS ORDERED that the defendant's supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a term of 7 months.  No supervised release to follow.

Defendant remanded.

**IT IS SO ORDERED**.

Dated: August 29, 2024

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

2